**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1038**

_____

CARMANSITA WASHINGTON,

                                        Plaintiff - Appellant,

        versus

WASHINGTON    METROPOLITAN    AREA    TRANSIT
AUTHORITY,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:06-cv-00358-CMH-BR)

_____

Submitted:  June 4, 2007          Decided:  June 19, 2007

_____

Before KING, SHEDD, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Carmansita Washington, Appellant Pro Se.  Fredric H. Schuster,
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, Washington, D.C.,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carmansita Washington appeals the district court's order granting Defendant WMATA's motion for summary judgment in Washington's personal injury action arising out of a slip and fall incident. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Washington v. Washington Metro. Area Transit Auth.</u>, No. 1:06-cv-00358-CMH-BR (E.D. Va. Dec. 12, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>